| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JULIE G. YAP<br>Assistant United States Attorney |
| 3 | Eastern District of California<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814-2322<br>Telephone: (916) 554-2798 |
| 5 | Facsimile: (916) 554-2900<br>Email: Julie.Yap@usdoj.gov |



**FILED**

SEP 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:

KAISER PERMANENTE PHARMACY NO 266

DEA Reg. No,: FK1142621
1600 Eureka Road, MOB 2, Floor 1
Roseville, California 95661

2:19 SW 833 CKD

**WARRANT FOR INSPECTION**

**Investigator: Brian Glaudel**

TO: DIVERSION INVESTIGATOR BRIAN GLAUDEL AND ANY OTHER DULY AUTHORIZED INVESTIGATOR OR AGENT OF THE DRUG ENFORCEMENT ADMINISTRATION (DEA), UNITED STATES DEPARTMENT OF JUSTICE.

Application having been made, and probable cause as defined by 21 U.S.C. § 880(d)(l) having been shown, by the Affidavit For Administrative Inspection Warrant by Diversion Investigator Brian Glaudel of the DEA for an inspection of the controlled premises at 1600 Eureka Road, MOB 2, Floor 1, Roseville, California 95661, and of records for controlled substances maintained at the registered business location of KAISER PERMANENTE PHARMACY NO. 266, and based on the lack of any prior inspection pursuant to 21 CFR § 1316.09(a)(4)(i), the requested administrative inspection is appropriate pursuant to 21 U.S.C. § 880.

Therefore, pursuant to 21 U.S.C. § 880, you are hereby authorized to enter the above described premises during ordinary business hours to inspect in a reasonable manner and to a reasonable extent, all pertinent equipment, records, files, reports, official order forms, and documents—in whatever manner

stored—required to be made, kept and maintained under the provisions of the Comprehensive Drug Abuse Prevention and Control Act of 1970, as amended, 21 U.S.C. § 801 *et seq.*, and its implementing regulations, 21 CFR Part 1300 *et seq.*, (the "CSA") for the purpose of verifying that said records, files, official order forms, reports, documents and controlled substances are properly kept and maintained.

You are hereby further authorized to copy all records, reports, documents, files, inventories and written information which are required to be made, kept or maintained under the provisions of the CSA or that are appropriate for verification of the records, reports, and other documents required to be made, kept, or maintained. If these records, reports, documents, files, inventories and written information are stored electronically, you are authorized to obtain electronic copies, in the format in which they are stored or in a readable format (if the stored format is inaccessible), by the end of the business day on which this warrant is executed.

You are hereby further authorized to remove from the above described premises, for the purposes of copying, all records, reports, documents, files, inventories and written information which are required to be made, kept or maintained under the provisions of the CSA or that are appropriate for verification of the records, reports, and other documents required to be made, kept, or maintained. Such authorization extends to the downloading or copying of any computerized or electronically stored records of controlled substances inventories, stocks, and dispensation records and any computerized or electronically stored information involving the verification of records, reports and documents required to be kept under the CSA. Any original documents so removed shall be copied and returned within ten (10) days of removal. KAISER, shall be provided with a written inventory of any records removed for the purpose of copying.

A prompt return shall be made by the inspecting officers to the duty United States Magistrate Judge, showing that the inspection has been completed and accounting for all property removed pursuant to this warrant, not later than ten (10) days from the issuance of this warrant.

DATED: September 16, 2019

*[signature]*
Honorable Carolyn K. Delaney
United States Magistrate Judge
For the Eastern District of California